FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY STODDARD, | NO. 4:20-CV-05235-SAB |
| Plaintiff, | |
| v. | **ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| NO NAMED DEFENDANT, | |
| Defendant. | |

Before the Court is Plaintiff's Request for Voluntary Dismissal, ECF No. 3. Plaintiff has not paid the filing fee nor has he been granted *in forma pauperis* status. Plaintiff explains that he wishes to "withdraw [his] Emergency Petition for Relief which [he] submitted not more than one week ago," because he cannot afford filing fee. Because no Defendants have filed an answer or moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

//
//
//
//

**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE. --** 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned matter is **DISMISSED** without prejudice and without costs or fees to any party.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and Judgment of Dismissal, furnish copies to Plaintiff, terminate all pending hearing dates and deadlines, and **CLOSE** the file.

**DATED** this 8th day of December 2020.



          Stanley A. Bastian
     Chief United States District Judge

**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE.** -- 2